# EXHIBIT A

# Carmen Electra









Carmen Electra

Case 5:21-cv-00420-FL   Document 1-1   Filed 10/14/21   Page 5 of 8

# Carmen Electra



# Carmen Electra



# Carmen Electra